

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 7, 2020

**Application Granted.  The status conference currently scheduled for July 9, 2020 is adjourned to November 19, 2020 at 11:00 a.m.  For the reasons stated below, the Court finds that the ends of justice served by excluding the time between today and November 19, 2020 outweigh the best interests of  the public and the Defendant in a speedy trial as provided in 18 U.S.C. 3161(h)(7)(A).  It is hereby ORDERED that the time between today and November 19, 2020 is excluded.  The Clerk of the Court is directed to terminate the letter motion at docket number 44. Dated: July 7, 2020**
**New York, New York**

**BY ECF**
The Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

Re:     *United States v. Angelo Alvarado, et al.,*
        20 Cr. 91 (LGS) – Joint Request for Adjournment of Status Conference

Dear Judge Schofield:

The Government writes on behalf of the parties in the above-referenced matter to respectfully request that the presently-scheduled status conference at 11:10 a.m. on July 9, 2020 be adjourned until late November 2020.  On May 28, 2020, defendants Angelo Alvarado and Darryl Henderson entered deferred prosecution agreements, which contemplate at least a six-month compliance period.[1]  The parties jointly request that time between July 9, 2020 and the next court date be excluded under the Speedy Trial Act, pursuant to Title 18, United States Code, section 3161(h)(7)(A).  Excluding time will serve the ends of justice and outweigh the best interests of the public and the defendants in a speedy trial because it will provide time for compliance with the deferred prosecution agreements.

Respectfully submitted,

AUDREY STRAUSS
Acting United States Attorney for the
Southern District of New York

By: _____/s/_____
Danielle M. Kudla
Assistant United States Attorney
(212) 637-2304

cc: Jean Barrett, Esq.
    Jennifer Willis, Esq.
    Neil Kelly, Esq.

---

[1] On June 23, 2020, defendant Jonathan Rios entered the Young Adult Opportunity Program, and his case was reassigned to Judge Ronnie Abrams.  (Dkt. No. 42.)