UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                       :
UNITED STATES OF AMERICA,         :
                              Plaintiff,   :
                                                 :       20 Cr. 91 (LGS)
               -against-                 :
                                                 :       <u>ORDER</u>
ANGELO ALVARADO AND DARRYL   :
HENDERSON,                                     :
                                Defendants,  :
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS on May 26, 2020, Defendant Angelo Alvarado entered into a six-month Deferred Prosecution Agreement with the Government before Judge Ona T. Wang;

      WHEREAS on May 28, 2020, Defendant Darryl Henderson entered into a six-month Deferred Prosecution Agreement with the Government before Judge Ona T. Wang.  It is hereby

      **ORDERED** that the parties shall file a joint status letter on **December 2, 2020**, informing the Court of their proposed next steps.

Dated: November 30, 2020
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**